**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000265
31-JAN-2020
08:55 AM**

NO. CAAP-19-0000265

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
AUSTIN H. ROSA, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE FIFTH CIRCUIT
(CASE NO. 5FC161000077)

ORDER APPROVING STIPULATION FOR VOLUNTARY DISMISSAL OF THE APPEAL
(By: Ginoza, Chief Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal, filed January 24, 2020, by Defendant-Appellant Austin H. Rosa (Rosa), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own attorneys' fees and costs, under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(b) and (c); (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal; (4) attached to the stipulation is Rosa's declaration showing he understands the consequences of voluntary dismissal, consistent with HRAP Rule 42(c); and (5) because the appeal has been docketed, dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, January 31, 2020.


Chief Judge


Associate Judge


Associate Judge